No. 93–7297. DELPH v. INTERNATIONAL PAPER ET AL., 510 U. S. 1132;

No. 93–7314. KARIM-PANAHI v. CALIFORNIA DEPARTMENT OF TRANSPORTATION ET AL., 510 U. S. 1133;

No. 93–7350. BORROMEO v. UNITED STATES, 510 U. S. 1134;

No. 93–7418. WEHRINGER v. BRANNIGAN, 510 U. S. 1168;

No. 93–7422. SIMPSON v. ROBINSON, SUPERINTENDENT, CHATHAM CORRECTIONAL UNIT, 510 U. S. 1180;

No. 93–7431. IN RE O'CONNOR, 510 U. S. 1108;

No. 93–7461. IN RE ERWIN, 510 U. S. 1175;

No. 93–7483. RANDALL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 510 U. S. 1181;

No. 93–7489. RICHARDSON ET AL. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL., 510 U. S. 1138;

No. 93–7541. VITEK v. ST. PAUL PROPERTY & CASUALTY, 510 U. S. 1181;

No. 93–7553. LYLE v. RICHARDSON, 510 U. S. 1139;

No. 93–7651. NHAN KIEM TRAN v. UNITED STATES, 510 U. S. 1170; and

No. 93–7663. OKOLIE v. UNITED STATES, 510 U. S. 1170. Petitions for rehearing denied.

No. 93–659. MILLER v. LA ROSA ET AL., 510 U. S. 1109. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 93–936. NORTH STAR STEEL CO., INC. v. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, 510 U. S. 1114. Petition for rehearing denied. JUSTICE BLACKMUN would call for a response to the petition for rehearing.

APRIL 19, 1994

No. 93–7899. KUYKENDALL v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

APRIL 21, 1994

No. 93–8776 (A–874). STEWART v. CHILES, GOVERNOR OF FLORIDA, ET AL. Sup. Ct. Fla. Application for stay of execution

of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari dismissed for want of jurisdiction.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for certiorari and would vacate the death sentence in this case.

No. 93–8761 (A–869). STEWART *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for certiorari and would vacate the death sentence in this case.

No. 93–8775 (A–873). STEWART *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for certiorari and would vacate the death sentence in this case.

No. 93–8816 (A–876). STEWART *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.